**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1796**
_____

In re:  TROY WORSLEY,

Petitioner.

_____

On Petition for Writ of Mandamus.  (1:19-cv-00213-TSK)

_____

Submitted:  October 6, 2022                    Decided:  December 14, 2022

_____

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Troy Worsley, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Worsley petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his Fed. R. Civ. P. 60(b) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently decided Worsley's Rule 60(b) motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*